JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY OH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STOREBOUND LLC, a New York entity, d/b/a WWW.BYDASH.COM,<br><br>Defendants. | Case No. CV 25-3577-GW-MBKx<br>Assigned to Honorable George H. Wu<br><br>**ORDER OF DISMISSAL PURSUANT TO FRCP 41(a)**<br><br>Filed: March 10, 2025<br>Removed: April 23, 2025 |

**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**

1  The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby dismisses this action with prejudice Plaintiff's individual claims and *without prejudice* as to the putative class. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: August 29, 2025        By: _____
                                   HON. GEORGE H. WU,
                                   United States DistrictJudge

- 1 -
**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**